# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERRY CLARK,**

    **Plaintiff,**

  v.                      **Civil Action 2:19-cv-954**
                                  **Judge Edmund A. Sargus**
                                  **Magistrate Judge Kimberly A. Jolson**

**CHILLICOTHE CORRECTIONAL
INSTITUTION, et al.,**

    **Defendants.**

## ORDER AND REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Motion for Default Judgment (Doc. 32). Plaintiff previously served the Chillicothe Correctional Institution, which filed its Answer on June 16, 2019, (Doc. 9). The Court subsequently dismissed Chillicothe Correctional Institution from this case. (*See* Doc. 25 at 7). And Plaintiff has failed to effect service of process on the remaining Defendants in this case. Having failed to serve them, Plaintiff is not entitled to default judgment against them. It is, therefore, **RECOMMENDED** that the Motion be **DENIED**.

Further, it is **ORDERED** that the Clerk provide Plaintiff with copies of the documents necessary to effect service and a copy of the Court's *Guide for Pro Se Civil Litigants*. Plaintiff is **ORDERED** to file completed copies of the documents necessary for service within 14 days of this Court's Order. Upon filing of the necessary documents, the U.S. Marshals are directed to effect service of process.

IT IS SO ORDERED.

Date: August 25, 2020				/s/ Kimberly A. Jolson
						KIMBERLY A. JOLSON
						UNITED STATES MAGISTRATE JUDGE