UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TERRY CLARK,**

    **Plaintiff,**

    v.

**CHILLICOTHE CORRECTIONAL INSTITUTION, et al.,**

    **Defendants.**

**Case No. 2:19-cv-954**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 25, 2020. (ECF No. 34). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reason set forth in the Report and Recommendation, Terry Clark's Motion for Default Judgement, (ECF No. 32), is **DENIED**.

    **IT IS SO ORDERED.**

2/8/2021
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**